PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents.

---

MASTIN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Salathiel Mastin against the City of New York.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 136 App. Div. 925, 120 N. Y. Supp. 1134.

JENKS, P. J., dissents.

---

MATTESON, Appellant, v. JENNINGS BRAGDON CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 12, 1912.) Action by James L. Matteson against the Jennings Bragdon Company. No opinion. Motion denied, without costs, on condition that the appellant serve papers within 10 days, which he may do; otherwise, motion granted.

---

MAUE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 29, 1911.) Action by George Maue against the Erie Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents upon the ground that the record on this appeal is in all essentials like the record passed upon by the Court of Appeals upon the former appeal, and therefore votes for reversal, upon the opinion of Judge Werner, reported in 198 N. Y. 221, 91 N. E. 629.

---

MAVERICK–CLARK LITHOGRAPHING CO., Appellant, v. HAYES LITHOGRAPHING CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1911.) Action by the Maverick-Clark Lithographing Company against the Hayes Lithographing Company.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

---

METZ, Respondent, v. MANHATTAN BEACH BATHING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Emma C. Metz against the Manhattan Beach Bathing Company.

PER CURIAM. Appellant presents sufficient excuse for delay in prosecuting the appeal. No affidavit is presented, as required by rule adopted by this court October 4, 1910, showing merits. The appellant may have until January 15, 1912, to submit such affidavit and serve copy on his adversary, who then may serve replying affidavits within two days.

---

MEYER, Respondent, v. SCHULTE et al., Appellants. (Supreme Court, Appellate Division, First Department. December 15, 1911.) Action by Anton H. Meyer as assignee, etc., against David A. Schulte and another. J. Eisner, for appellants. A. Gordon, for respondent. No opinion. Judgment modified, by striking out extra allowance, and, as modified, affirmed, with costs to respondents. Settle order on notice.

---

MIGALA, Respondent, v. GEORGE A. RAY MFG. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1911.) Action by Michael Migala, an infant, etc., against the George A. Ray Manufacturing Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

---

MILLER et al., Respondents, v. CHARLES JACOBS CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1912.) Action by Harry Miller and another, copartners, etc., against the Charles Jacobs Company. No opinion. Judgment and order of the Municipal Court affirmed, with costs.

---

MILLER v. LEMBERG et al. (Supreme Court, Appellate Division, Second Department. November 24, 1911.) Action by Isaac N. Miller against Leon Lemberg and others. No opinion. Judgment modified, by providing that the answering defendants shall have but one bill of costs as against plaintiff, and, as so modified, affirmed, without costs.

---

MONTGOMERY, Appellant, v. COCKS, Respondent, et al. (Supreme Court, Appellate Division, First Department. December 22, 1911.) Action by Caryl A. Montgomery against David B. Cocks, impleaded with others. W. G. Mulligan, for appellant. J. P. Howe, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 131 N. Y. Supp. 1106.

---

In re MORGAN'S ESTATE. (Supreme Court, Appellate Division, Third Department. December 28, 1911.) In the matter of the estate of Alonzo W. Morgan, deceased.

PER CURIAM. Order affirmed, with costs.

SMITH, P. J., and HOUGHTON, J., dissent.

---

MORRIS v. ZIMMERMAN. (Supreme Court, Appellate Division, First Department. January 12, 1912.) Action by Louis Morris against Gus Zimmerman. No opinion. Motion granted, with $10 costs. Order filed. See, also, 138 App. Div. 114, 122 N. Y. Supp. 900.

---

In re MOTT HAVEN CO. (Supreme Court, Appellate Division, First Department. December 22, 1911.) In the matter of Mott Haven Company. No opinion. Motion granted. Settle order on notice. See, also, 141 App. Div. 929, 126 N. Y. Supp. 1130.